UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00460

———

**Kimberly Banfield Foreman,**
*Plaintiff,*

v.

**Bank of America, N.A., et al.,**
*Defendants.*

———

## ORDER

Plaintiff, proceeding pro se and appearing solely as the trustee of the "Kimbo Living Trust," brought this action in state court. Doc. 1-2. Defendants removed. Doc. 1. The court referred the case to a magistrate judge, who ordered plaintiff to retain counsel to represent the interests of the trust or amend her complaint and proceed in her individual capacity. Doc. 4. Defendants then moved to dismiss under Federal Rule of Civil Procedure 12(b)(6) and on the grounds that plaintiff cannot represent the trust as a pro se litigant. Doc. 10 at 4, 8. Plaintiff sought extensions of time to comply with the court's order but ultimately did not comply. Docs. 9, 13. The magistrate judge therefore issued a report recommending that the court dismiss plaintiff's claims on behalf of the trust without prejudice. Doc. 17 at 4.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss (Doc. 10) is granted. All claims in this matter are dismissed without prejudice. Any pending motions are denied as moot.

- 1 -

*So ordered by the court on March 26, 2026.*

J. CAMPBELL BARKER
United States District Judge